UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Kumar,

                              Plaintiff(s),

                                                                    **O R D E R**

            -against –

                                                                    7:25-CV-05106 (CS)


Community Living Corporation et al,
                              Defendant(s).
------------------------------------------------------------X

Seibel, J.

        It having been reported to this Court that the claims in this case have been settled, IT IS
HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided,
however, that if settlement is not consummated within thirty days of the date of this order,
Plaintiff may apply by letter within the thirty-day period for restoration of the action to the
Calendar of the undersigned, in which event the action will be restored.


        **SO ORDERED**.

Dated: December 29, 2025

        White Plains, New York


                                                    _____

                                                    CATHY SEIBEL, U.S.D.J.